## Cities Service Oil Company *v.* Quirk, Appellant, et al.

Argued March 16, 1976. *Norman P. Zarwin*, with him *Martin J. Resnick*, and *Zarwin, Baum, Arangio & Somerson*, for appellant; *Samuel Glantz*, with him *Williams, Glantz & Schildt*, for appellee.

Order affirmed.

CERCONE, J., absent.

## Commonwealth *v.* Beaver, Appellant.

Argued March 8, 1976. *Jeffrey A. Ernico*, with him *Yoffe & Ernico, Inc.*, for appellant; *Reid H. Weingarten* and *Marion E. MacIntyre*, Deputy District Attorneys, and *LeRoy S. Zimmerman*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.